UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

POLAT SARDALIYEV,

   Plaintiff,

 v.

DENIS CASIM, et al.,

   Defendants.

No. 2:19-cv-00078-JAM-AC (PS)

ORDER

   This matter is before the undersigned pursuant to Local Rule 302(c)(21). Pro se plaintiff filed this fee-paid complaint on January 11, 2019. ECF No. 1. On January 14, 2019, the undersigned issued a scheduling order instructing plaintiff to complete service of process on the named defendants within 90 days, warning that the action could be dismissed if service were not accomplished within that time. ECF No. 2. That deadline has now passed, and plaintiff has not yet submitted proof of service upon defendants or taken any other action in this matter.

   Federal Rule of Civil Procedure 4(m) requires a plaintiff to effectuate service of process on defendants within 90 days after the filing of the complaint. Rule 4(m) states in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

1

Fed. R. Civ. P. 4(m). Local Rule 210, in turn, requires that proofs of service and waivers of service of process be filed with the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to timely serve defendants should not result in a recommendation that this case be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: June 5, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE