UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLAT SARDALIYEV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS CASIM and ZAM TRANS INC.,<br><br>　　　　　Defendants. | No. 2:19-cv-00078 JAM AC PS<br><br><br>ORDER |

On August 9, 2019, the undersigned issued an order continuing the Initial Scheduling Conference to September 18, 2019 because plaintiff had not completed service on defendants, and the parties had not submitted timely status reports in advance of the previously scheduled conference. ECF No. 9. The order specifically stated that no later than 14 days prior to the conference, the parties were required to file status reports. Id. at 1. That timeframe has passed, and neither party has filed a status report.

Local Rule 110 provides that failure to comply with any order of the court "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The initial status conference date of September 18, 2019 is CONTINUED to September 25, 2019, at 10:00 a.m. in Courtroom No. 26;

1

2. If plaintiff fails to file a timely status report, due September 11, 2019, the undersigned will recommend that this case be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: September 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE