1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   POLAT SARDALIYEV,                        No.  2:19-cv-00078 JAM AC (PS)

12              Plaintiff,

13        v.                                  ORDER

14   DENIS CASIM, et al.,

15              Defendants.

16

17        An initial scheduling conference is currently set in this matter for September 25, 2019.

18   ECF No. 11.  On September 16, 2019, plaintiff submitted paperwork[1] indicating that he had

19   served defendants but defendants have not timely appeared, and that he intends to move for

20   default judgment.  In light of this representation, the initial scheduling conference set for

21   September 25, 2019 is hereby VACATED.

22        Plaintiff is instructed to follow the procedure for obtaining default judgment outlined by

23   the Federal Rules of Civil Procedure, which requires the plaintiff to first seek entry of default by

24   the clerk of court as provided by Fed. R. Civ. P. 55 (a), and then to seek an order of default

25   ////

26   _____

27   [1] Plaintiff submitted his documents via direct fax.  Plaintiff is not an electronic filer, and this is
     not an appropriate submission method.  While the court will acknowledge plaintiff's submission
     on this occasion, *future documents submitted in this manner will be disregarded*.  See Local
28   Rule 133(e)(4).  Plaintiff must file paper documents with the court.  LR 133(b)(2).

                                        1

1

2  judgment by the undersigned by submitting a properly noticed motion set for hearing.  <u>See</u> Fed.

3  R. Civ. P. 55(b)(2), Local Rule 302(c)(19), Local Rule 230.

4      In order to ensure that this case moves forward, plaintiff is ORDERED to move for entry

5  of default within 30 days of this order.  If the clerk of court enters default, plaintiff shall have an

6  additional 30 days from the clerk of court's entry to file, and properly notice for hearing in

7  accordance with Local Rule 230, a motion for default judgment.

8      Accordingly, the Motion for Default Judgement (ECF No. 14) and the Motion for

9  Extension of Time (ECF No. 12) are VACATED.

10      IT IS SO ORDERED.

11  DATED: September 17, 2019

12  _____

ALLISON CLAIRE

13  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28