UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLAT SARDALIYEV,<br><br>Plaintiff,<br><br>v.<br><br>DENIS CASIM; ZAM TRANS INC.,<br><br>Defendants. | No. 2:19-cv-0078 JAM AC<br><br><br><br>ORDER |

     Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On March 30, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 31. Plaintiff has not filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

     1. The findings and recommendations filed March 30, 2020, are adopted in full; and

     2. Plaintiff's motion for default judgment (ECF No. 19) is DENIED.

DATED: May 11, 2020

                                             /s/ John A. Mendez_____

                                             UNITED STATES DISTRICT COURT JUDGE