UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

POLAT SARDALIYEV,

        Plaintiff,

  v.

DENIS CASIM, et al.,

        Defendants.

No. 2:19-cv-00078 JAM AC (PS)

ORDER

Plaintiff's motion for default judgment having been denied (ECF No. 32), this case requires entry of a schedule. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. That by December 30, 2020, the parties shall file status reports[1] addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and their scheduling;

    f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

discovery plan and its scheduling, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled;

m. Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of her so acting, or whether they prefer to have a settlement conference before another judge;

n. Any other matters that may add to the just and expeditious disposition of this matter.

2. Upon receipt of the parties' status report(s) the court will issue a case schedule on the papers or set a telephonic scheduling conference.

3. The parties are also informed that they may, if all consent, have this case tried by a United States Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of Appeals.  See 28 U.S.C. § 636(c).  Consent forms should be returned to the Clerk of the Court within 30 days of this order.

4. The Clerk of the Court is directed to provide copies of the "Consent to Proceed Before United States Magistrate Judge" with this order.

IT IS SO ORDERED.

DATED: November 30, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE