# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARDALIYEV<br><br>    Plaintiff(s)<br><br>         v.<br><br>CASIM, ET AL.<br><br>    Defendant(s) | **CONSENT ORDER**<br><br>Case No.:   2:19-cv-00078 JAM AC (PS) |

Each of the parties has agreed to an assignment of the above-captioned case to a United States Magistrate Judge for trial. See ECF No. 37. See also 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1

1  IT IS HEREBY ORDERED that any hearing dates currently set before the
2  undersigned are VACATED.
3
4  IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
5  Honorable, Magistrate Judge Allison Claire.  The parties shall please take note that all
6  documents hereafter filed with the Clerk of the Court shall bear case number:
7  2:19-cv-00078 AC (PS).

Dated:  January 6, 2021         /s/ John A. Mendez

                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE


   Having also reviewed the file, I accept reference of this case for all further
proceedings and entry of final judgment.


Dated: January 6, 2021          /s/ Allison Claire

                                THE HONORABLE ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE